IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMEKO MALONE,

    Plaintiff,                         CV F 06 0200 AWI  WMW  P

  vs.                                     ORDER

SERGEANT BARKER, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 22, 2006.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendant Barker for deliberate indifference,  in violation of the Eighth Amendment.

      Plaintiff is an inmate currently incarcerated at Mule Creek State Prison in Ione.  Plaintiff names as defendants Sergeant Officer Barker and an unknown correctional officer.[1]   The event that gives rise to this lawsuit occurred while Plaintiff was housed at CCI Tehachapi.

      On July 25, 2005, at CCI Tehachapi, Barker "was asked and informed of plaintiff medical condition, left shoulder injury and lower back pain."  Plaintiff informed Barker and the

---

[1] Plaintiff is advised that the court can not order service on an un-named defendant.

1

unknown C/O that he had a medical chrono that prevented him from lifting, and that he needed a puschart to move his personal property. Barker told Plaintiff that if he did not move it without a pushcart, the property would be thrown away. Plaintiff alleges that "he was made to drag the property across the prison yard, upstairs to cell." On the next day, "Barker and another CO wouldn't get me a puschart, made me drag my property back across yard again." Plaintiff alleges that he suffers extreme pain, aches, stiffness, cramping in his left shoulder and muscle spasms in his lower back. Plaintiff alleges that he has "serious problems" lifting small items or standing for too long.

Liberally construed, Plaintiff has alleged facts indicating that Barker knew of a risk to Plaintiff's health or safety, and acted with deliberate indifference, resulting injury to Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    SERGEANT BARKER

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 22, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two copies of the endorsed complaint filed February 22, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal

Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **August 3, 2006**                              /s/  **William M. Wunderlich**
mmkd34                                                        UNITED STATES MAGISTRATE JUDGE