IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMEKO MALONE,

   Plaintiff,      CV F 06 0200 AWI WMW   P

 vs.          ORDER

SGT. BARKER,

   Defendant.

On September 13, 2006, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to return to the court he forms for service of process. Plaintiff has returned the forms to the court, and service of process has been directed.

Accordingly, IT IS HEREBY ORDERED that the September 13, 2006, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated: October 3, 2006**     **/s/  William M. Wunderlich**
j14hj0         UNITED STATES MAGISTRATE JUDGE

1