1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   TOMEKO MALONE,

8              Plaintiff,                    CV F 06 0200 AWI WMW   P

9        vs.                        _____ORDER RE MOTIONS
                                         (DOCS 15, 17)
10

11

12  SGT. BARKER,

13             Defendant.

14

15          Plaintiff has filed a motion for extension of time and a motion for discovery.
Plaintiff currently has no pending deadlines.  Further, no discovery order has been entered.  Until

16  such time as a discovery order is entered, no discovery may be had by any party.   Once

17  discovery has been set, the court will enter a scheduling order, setting deadlines for the filing of

18  motions.  Plaintiff's motions are therefore premature.

19          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension

20  of time and motion for discovery are denied as premature.

21

22

23

24  IT IS SO ORDERED.

25  **Dated:    December 13, 2006              /s/  William M. Wunderlich**

26
                                         1

mmkd34                              UNITED STATES MAGISTRATE JUDGE