IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMEKO MALONE,

        Plaintiff,        CV F 06 0200 LJO WMW PC

  vs.                      ORDER RE MOTION (DOC 27)

SGT. BARKER,

        Defendant.

     Plaintiff has filed a motion to postpone the taking of his deposition. Subsequently, the Court entered an order, granting Defendant's motion to compel the deposition of Plaintiff. Plaintiff's motion is therefore denied as moot.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to postpone his deposition is denied as moot.

IT IS SO ORDERED.

**Dated:   February 11, 2008**           /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE