IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMEKO MALONE,

        Plaintiff,        CV F 06 0200 AWI WMW PC

   vs.                   ORDER RE MOTION (DOC 31)

SERGEANT BARKER,

        Defendant.

       On February 22, 2008, Plaintiff filed a motion titled as "Request for Production of Documents and Motion for Court Clerk to Issue a Subpena to Compel All Discovery." Plaintiff seeks certain information from Defendant.

       Plaintiff is advised that he should serve his discovery requests upon counsel for Defendant. In order to bring a motion to compel, Plaintiff must identify the discovery request at issue, identify the specific objection of Defendant, and argue why the objection should be overruled. The court is not responsible for serving Plaintiff's discovery requests on counsel for Defendant.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on February 22, 2008, is denied.

IT IS SO ORDERED.

1  **Dated:   May 1, 2008**                             **/s/  William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE