IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMEKO MALONE,

        Plaintiff,        1: 06 CV 0200 LJO WMW PC

  vs.                       ORDER RE MOTION (DOC 50)


SGT. BARKER,

        Defendant.

     Plaintiff has filed a motion for extension of time in which to file objections to the findings and recommendations.  Plaintiff indicates that he has limited access to the law library, and that he has other "legal obligations."  Plaintiff is advised that the Court recommended that the motion for summary judgment be granted because Plaintiff has failed to produce evidence that Defendant Barker was deliberately indifferent to Plaintiff's back injury.  The legal issue is not complicated.  The Court will grant Plaintiff an extension of time to March 28, 2009, in which to file objections to the findings and recommendations.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is granted.  Plaintiff is granted an extension of time to March 28, 2009, in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated: March 5, 2009**                        /s/ William M. Wunderlich
                                                 **UNITED STATES MAGISTRATE JUDGE**