IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMEKO MALONE,

    Plaintiff,                        1: 06 CV 0200 LJO WMW PC

    vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#49)

SGT. BARKER, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 18, 2009, findings and recommendations were entered, recommending that Defendants' motion for summary judgment be granted. Plaintiff was provided an opportunity to file objections. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1     Accordingly, THE COURT HEREBY ORDERS that:

2     1. The Findings and Recommendations issued by the Magistrate Judge on
3  February 18, 2009, are adopted in full; and
4     2. Defendants' motion for summary judgment is granted.  Judgment is entered in
5  favor of Defendants and against Plaintiff.  The Clerk is directed to close this case.

10 IT IS SO ORDERED.

11 **Dated:     March 30, 2009**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE